Michael SILUK, Jr., Appellant

v.

The PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE, and Catherine Merwin, Director of Perry County, Domestic Relations Section, Appellees.

Supreme Court of Pennsylvania.

Nov. 19, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED.**